JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 11-18-11

_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE JUNIOR TIMMONS,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>M. KANIPP, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-9347-R (RNB)<br><br>**J U D G M E N T** |

　　　In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction filed herein,

　　　IT IS HEREBY ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: November 16, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY